Charted Claim: 1

| US9693030B2 | OnePlus 13 ("The accused product") |
|---|---|
| 1. A method comprising: receiving, by a computer system, video data comprising a plurality of frames, wherein each frame comprises a plurality of pixels; | The accused product practices a method comprising receiving, by a computer system (e.g., the accused product), video data (e.g., receiving captured video from camera module) comprising a plurality of frames (e.g., frames of the video), wherein each frame (e.g., an individual frame) comprises a plurality of pixels (e.g., pixel grid).<br><br>As shown below, the accused product includes multiple rear cameras for capturing video which comprises multiple frames. Each frame consists of a grid of pixels. The accused product also includes a focus lock feature (e.g., a focus lock feature for automatically tracking and focusing on the moving subject in a live video).<br><br>OnePlus 13<br><br>Never Settle<br><br>https://www.oneplus.com/us/13/specs |

EXHIBIT C



https://www.oneplus.com/us/13/specs

EXHIBIT C

### 3. Lock Focus for Steady Video Recording

Maintaining consistent focus during video recording can be challenging, especially with moving subjects. The **Focus Lock** feature addresses this by allowing you to lock focus on a specific subject. To use focus lock, do the following:

**Step 1:** In the **Camera** app, switch to video mode.

**Step 2:** Tap and hold on to your subject until a **Locked** indicator appears.

This ensures that the camera focuses on your chosen subject throughout the recording.

https://www.fiberborne.com/blogs/how-to-android/7-coolest-oneplus-13-camera-hacks-you-should-know

### 3. Focus Lock

When recording videos, maintaining a consistent focus on your subject can be challenging, especially if they're moving. The Focus lock feature on the OnePlus 13 helps solve this problem by allowing you to lock the focus on a specific subject. Once locked, the camera will automatically adjust the focus to keep the subject sharp, even if they move within the frame.

This is useful for recording videos of people, pets, or any other moving subject. Here's how to enable and use Focus lock on your OnePlus 13:

1. Launch the **Camera** app.

2. Tap the **three vertical lines** in the top right corner of the viewfinder.

3. Scroll down and tap on the **Focus Lock** option to enable it.

https://techwiser.com/oneplus-13-you-must-enable-these-camera-settings-right-now/

EXHIBIT C



Settings
Tap to capture, Show palm
Lens focal length
QR code scanning
Portrait distortion correction
Remove edge distortion when taking portraits of people.
Video
Focus lock
Tap to lock focus on a subject when recording videos. Focus will be automatically adjusted as the subject moves.
Handy features
Volume button action
Volume
Quick launch
Double-press either volume button to launch the camera when the screen is off. (Not available during audio playback)
Smart suggestions
Get optimisation suggestions in Photo and Video modes.

https://techwiser.com/oneplus-13-you-must-enable-these-camera-settings-right-now/

EXHIBIT C



| | |
|---|---|
| | <br>https://www.youtube.com/watch?v=ouJuQGXqJlo<br><br>The question looks innocent enough. A video is a sequence of images (called frames) captured and eventually displayed at a given frequency. However, by stopping at a specific frame of the sequence, a single video frame, i.e. an image, is obtained.<br><br>https://blog.chiariglione.org/what-is-the-difference-between-an-image-and-a-video-frame/ |

EXHIBIT C

| | |
|---|---|
| | **What is a Pixel?**<br><br>The word "pixel" refers to a picture element in an image. These video pixels are the smallest unit of an image. The images comprise hundreds of thousands (and often millions) of pixels. When every pixel gets combined a resolution is formed. It will be in 3 components, known as RGB (Red, Green, Blue), or 4 components, known as CMYK (Cyan, Magenta, Yellow, blacK).<br><br>A video pixel is the smallest visual component of a video image, a tiny dot that represents a specific color. The number and arrangement of these pixels determine a video's resolution.<br>https://www.vdocipher.com/blog/video-resolution/ |

| | |
|---|---|
| | Every photograph, in digital form, is made up of pixels. They are the smallest unit of information that makes up a picture. Usually round or square, they are typically arranged in a 2-dimensional grid.<br>**23 x 22 = 506** Pixels<br><br>Each pixel coordinate ( x, y ) contains 3 values ranging for intensities of 0 to 255 ( 8-bit) - Red - Green - Blue<br>Mixing different intensities of each color gives us the full color spectrum.<br><br>One Pixel Consist With 3 Channels / Layers<br>R G B Pixel<br>R<br>G<br>B<br>R channel Range: 0 ~255<br>G channel Range: 0 ~255<br>B channel Range: 0 ~255<br>https://www.linkedin.com/pulse/basic-image-data-analysis-using-numpy-opencv-part-1-mohammed-innat |
| determining, by the computer system, a monitoring region in the plurality of | The accused product practices determining, by the computer system (e.g., the accused product), a monitoring region (e.g., region of interest) in the plurality of frames (e.g., frames of the video), wherein the monitoring region (e.g., region of interest) comprises a subset of the plurality of pixels (e.g., pixels of region of interest), by associating the subset of the plurality of pixels (e.g., pixels of region of interest) with a key item (e.g., subject |

| | |
|---|---|
| frames, wherein the monitoring region comprises a subset of the plurality of pixels, by associating the subset of the plurality of pixels with a key item comprising a particular pixel pattern;<br><br>**Col 2: lines 47-50**<br><br>*In one embodiment, system **100** can <u>monitor the designated region</u> for user-specified <u>key items</u> (e.g., on-screen trigger words, phrases, names, <u>objects</u>, etc.) and perform an action when the key item is detected.*<br><br>**Col 5: lines 53-56** | such as person, pet, object, any item, etc.) comprising a particular pixel pattern (e.g., pixel pattern or pixel values of subject).<br><br>The accused product comprises a focus lock feature that automatically tracks and focuses on a moving object in a live video. It allows a user to select a region of interest (e.g., a monitoring region) that includes a subject such as person, object, pet, any item, etc. When the user taps on the subject, the region of interest is selected, and the subject is automatically focused. The region of interest comprises a subset of pixels of the plurality of pixels of the frame. It includes the subject, such as person, pet, object, any item, etc., identified by a particular pixel pattern (e.g., pixel pattern or pixel values of subject).<br><br>3. Lock Focus for Steady Video Recording<br><br>Maintaining consistent focus during video recording can be challenging, especially with moving subjects. The **Focus Lock** feature addresses this by allowing you to lock focus on a specific subject. To use focus lock, do the following:<br><br>**Step 1:** In the **Camera** app, switch to video mode.<br>**Step 2:** Tap and hold on to your subject until a **Locked** indicator appears.<br><br>This ensures that the camera focuses on your chosen subject throughout the recording.<br><br>https://www.fiberborne.com/blogs/how-to-android/7-coolest-oneplus-13-camera-hacks-you-should-know |

| | |
|---|---|
| *In embodiments, the monitor module **127** can also determine a key item to monitor for in the monitoring regions. The key items can be defined by a particular pixel pattern (e.g., an image of an object or text) or a text string.* | **3. Focus Lock**<br><br>When recording videos, maintaining a consistent focus on your subject can be challenging, especially if they're moving. The Focus lock feature on the OnePlus 13 helps solve this problem by allowing you to lock the focus on a specific subject. Once locked, the camera will automatically adjust the focus to keep the subject sharp, even if they move within the frame.<br><br>This is useful for recording videos of people, pets, or any other moving subject. Here's how to enable and use Focus lock on your OnePlus 13:<br><br>1. Launch the **Camera** app.<br>2. Tap the **three vertical lines** in the top right corner of the viewfinder.<br>3. Scroll down and tap on the **Focus Lock** option to enable it.<br><br>https://techwiser.com/oneplus-13-you-must-enable-these-camera-settings-right-now/ |



Settings
Tap to capture, Show palm
Lens focal length
QR code scanning
Portrait distortion correction
Remove edge distortion when taking portraits of people.
Video
Focus lock
Tap to lock focus on a subject when recording videos. Focus will be automatically adjusted as the subject moves.
Handy features
Volume button action
Volume
Quick launch
Double-press either volume button to launch the camera when the screen is off. (Not available during audio playback)
Smart suggestions
Get optimisation suggestions in Photo and Video modes.

https://techwiser.com/oneplus-13-you-must-enable-these-camera-settings-right-now/

EXHIBIT C



| | |
|---|---|
| | video data comprising a plurality of frames<br>MASTER<br>VIDEO<br>PHOTO<br>1:04 / 2:53<br>https://www.youtube.com/watch?v=ouJuQGXqJlo |

EXHIBIT C



| | here I'll just tap on it and you should see this Square
1:09 / 2:53<br>https://www.youtube.com/watch?v=ouJuQGXqJlo |
|---|---|

EXHIBIT C



| | |
|---|---|
| | screen so you want to tap on it and then<br>your focus lock is now enabled<br>1:19 / 2:53<br>How To Use Focus Lock On OnePlus 13 Camera<br>https://www.youtube.com/watch?v=ouJuQGXqJlo |

EXHIBIT C



| | |
|---|---|
| |  *Source: Usage of the accused product* |
| extracting, by the computer system, pixel data from the subset of the plurality of pixels in the monitoring | The accused product practices extracting, by the computer system (e.g., the accused product), pixel data from the subset of the plurality of pixels in the monitoring region (e.g., pixels of region of interest) in a subset of the plurality of frames (e.g., multiple frames of the video).<br><br>The accused product comprises a focus lock feature that automatically tracks and focuses on a moving object in a live video. It allows a user to select a region of interest (e.g., a monitoring region) that includes a subject |

| | |
|---|---|
| region in a subset of the plurality of frames; | such as person, pet, object, any item, etc. When the user taps on the subject, the region of interest is selected, and the subject is automatically placed in focus. The region of interest comprises a subset of pixels of the plurality of pixels of the frame. It includes the subject such as person, pet, object, any item, etc., identified by a particular pixel pattern (e.g., pixel pattern or pixel values of subject), pixel color and pixel values which are extracted by the accused product for tracking the moving subject.<br><br>**3. Lock Focus for Steady Video Recording**<br><br>Maintaining consistent focus during video recording can be challenging, especially with moving subjects. The **Focus Lock** feature addresses this by allowing you to lock focus on a specific subject. To use focus lock, do the following:<br><br>**Step 1:** In the **Camera** app, switch to video mode.<br>**Step 2:** Tap and hold on to your subject until a **Locked** indicator appears.<br><br>This ensures that the camera focuses on your chosen subject throughout the recording.<br><br>https://www.fiberborne.com/blogs/how-to-android/7-coolest-oneplus-13-camera-hacks-you-should-know |

| | 3. Focus Lock<br><br>When recording videos, maintaining a consistent focus on your subject can be challenging, especially if they're moving. The Focus lock feature on the OnePlus 13 helps solve this problem by allowing you to lock the focus on a specific subject. Once locked, the camera will automatically adjust the focus to keep the subject sharp, even if they move within the frame.<br><br>This is useful for recording videos of people, pets, or any other moving subject. Here's how to enable and use Focus lock on your OnePlus 13:<br><br>1. Launch the **Camera** app.<br><br>2. Tap the **three vertical lines** in the top right corner of the viewfinder.<br><br>3. Scroll down and tap on the **Focus Lock** option to enable it.<br><br>https://techwiser.com/oneplus-13-you-must-enable-these-camera-settings-right-now/ |
|---|---|



Settings
Shooting methods
Tap to capture, Show palm
Lens focal length
QR code scanning
Portrait distortion correction
Remove edge distortion when taking portraits of people.
Video
Focus lock
Tap to lock focus on a subject when recording videos. Focus will be automatically adjusted as the subject moves.
Handy features
Volume button action
Volume
Quick launch
Double-press either volume button to launch the camera when the screen is off. (Not available during audio playback)
Smart suggestions
Get optimisation suggestions in Photo and Video modes.

https://techwiser.com/oneplus-13-you-must-enable-these-camera-settings-right-now/

EXHIBIT C



| | |
|---|---|
| | video data comprising a plurality of frames<br>MASTER<br>VIDEO<br>PHOTO<br>1:04 / 2:53<br>https://www.youtube.com/watch?v=ouJuQGXqJlo |

EXHIBIT C



| | |
|---|---|
| | here I'll just tap on it and you should see this Square<br>1:09 / 2:53<br>https://www.youtube.com/watch?v=ouJuQGXqJlo |

EXHIBIT C



| | a key item<br>a monitoring region<br>0.6<br>1×<br>2<br>NIGHT<br>VIDEO<br>*Source: Usage of the accused product.* |
|---|---|

EXHIBIT C

| | |
|---|---|
| | Today, let's talk about a hidden gem in the OnePlus 13 camera system- Animal Eye Detection and Subject Tracking. While we often hear about improvements in low-light photography and portrait mode, this advanced AI-based auto-focus feature hasn't received much attention yet.<br><br>For those unfamiliar, Animal Eye Detection allows the camera to recognize and lock onto an animal's eyes, ensuring sharp focus even when they move unpredictably. Subject Tracking helps the camera smoothly follow the subject, making it perfect for pet and wildlife photography.<br>While brands like Sony and Canon have long integrated this technology into their professional cameras, it's exciting to see such advanced AI-based auto-focus trickling into smartphone photography.<br><br>With this feature, the OnePlus 13 can precisely lock onto an animal's eyes, ensuring sharp focus even if they move unpredictably. Whether you are capturing a playful pet indoors or photographing wildlife from a distance, the camera intelligently recognizes and tracks the subject's eye, reducing focus hunting and improving shot consistency.<br><br>https://community.oneplus.com/thread/1819239880576729091 |

## What is Image Recognition?

Last Updated : 19 Aug, 2025

Image recognition is an important application of machine learning which help systems to understand and interpret visual information from images or videos. Just as we easily distinguish between a cat and a dog, image recognition helps computers "see" and identify objects, people, places or actions within an image. This ability is achieved through the use of machine learning and deep learning techniques with Convolutional Neural Networks (CNNs) being one of the most popular methods for recognizing patterns in images.

https://www.geeksforgeeks.org/computer-vision/what-is-image-recognition/

## Understanding an Image

1. An image is made up of pixels, the smallest units of color that, when arranged form the complete picture.
2. Images are stored as a 2-D array of pixels, with their arrangement containing all visual information.
3. Understanding pixel patterns is important for image recognition, helping machines identify objects and interpret content similar to human vision.
4. Each pixel carries specific color and intensity information and the arrangement of these pixels help machines to analyze and understand the visual structure of objects within the image.

https://www.geeksforgeeks.org/computer-vision/what-is-image-recognition/

| | |
|---|---|
| | **How Does Image Recognition Work?**<br>Image recognition help computers to identify and classify objects in images by analyzing pixel patterns. Let's see a simple process below:<br>1. **Image Input:** The system first receives the image which consists of pixels each carrying color information.<br>2. **Pattern Detection:** The system looks for patterns in these pixels. These patterns help the system understand the structure of objects, people or scenes.<br>3. **Machine Learning:** Image recognition relies on machine learning where the system is trained to recognize these patterns. Initially, the system learns from labeled data, images that have already been tagged with the correct object or category.<br>4. **Convolutional Neural Networks (CNNs):** One of the most effective techniques in image recognition is the use of Convolutional Neural Networks (CNNs). These networks are designed to detect hierarchical patterns in images by identifying features like edges, shapes and textures.<br>5. **Feature Extraction:** CNNs automatically extract essential features from images such as lines, corners and textures which help in identifying and classifying objects.<br>https://www.geeksforgeeks.org/computer-vision/what-is-image-recognition/ |

<table>
<tr>
<td></td>
<td>

## Role of AI in Image Recognition

- **Training Machines with Data:** AI teaches machines to analyze and understand visual data by training them on large datasets of labeled images.
- **Learning Patterns:** Machine learning help AI systems to recognize patterns in images and make predictions on new data.
- **Computer Vision:** A key technique in image recognition, it uses AI and machine learning algorithms to interpret and process visual data, mimicking human vision. It help machines to "see" and understand images.
- **Real-World Applications:** AI and computer vision work together to perform tasks like object detection, face recognition and scene interpretation. These technologies are

https://www.geeksforgeeks.org/computer-vision/what-is-image-recognition/

### Pixels

Pixels are the basic building blocks of a digital image. A pixel is what we call the color or light values that occupy a specific place in an image. Think of an image as a big grid, with each square in the grid containing one color or pixel. This grid is sometimes called a bitmap. An image with a resolution of 1024×768 is a grid with 1,024 columns and 768 rows, which therefore contains 1,024 × 768 = 786,432 pixels. Knowing how many pixels are in an image does not indicate the physical dimensions of the image. That is to say, one pixel does not equate to one millimeter, one micrometer, or one nanometer. Instead, how "large" a pixel is will depend on the pixels per inch (PPI) setting for that image.

https://www.oreilly.com/library/view/practical-computer-vision/9781449337865/ch04.html

</td>
</tr>
<tr>
<td>analyzing, by the computer system, the extracted pixel data from the</td>
<td>The accused product practices analyzing, by the computer system (e.g., the accused product), the extracted pixel data from the monitoring region (e.g., pixel data of region of interest).</td>
</tr>
</table>

| | |
|---|---|
| monitoring region; and | The accused product comprises a focus lock feature that automatically tracks and focuses on a moving object in a live video. It allows a user to select a region of interest (e.g., a monitoring region) that includes a subject such as person, pet, object, any item, etc. When the user taps on the subject, the region of interest is selected, and the subject is automatically placed in focus. The region of interest comprises a subset of pixels of the plurality of pixels of the frame. It includes the subject such as person, pet, object, any item, etc., identified by a particular pixel pattern (e.g., pixel pattern or pixel values of subject), pixel color and pixel values which are extracted by the accused product for tracking the moving subject.<br><br>**3. Lock Focus for Steady Video Recording**<br><br>Maintaining consistent focus during video recording can be challenging, especially with moving subjects. The **Focus Lock** feature addresses this by allowing you to lock focus on a specific subject. To use focus lock, do the following:<br><br>**Step 1:** In the **Camera** app, switch to video mode.<br>**Step 2:** Tap and hold on to your subject until a **Locked** indicator appears.<br><br>This ensures that the camera focuses on your chosen subject throughout the recording.<br>https://www.fiberborne.com/blogs/how-to-android/7-coolest-oneplus-13-camera-hacks-you-should-know |

| | 3. Focus Lock<br><br>When recording videos, maintaining a consistent focus on your subject can be challenging, especially if they're moving. The Focus lock feature on the OnePlus 13 helps solve this problem by allowing you to lock the focus on a specific subject. Once locked, the camera will automatically adjust the focus to keep the subject sharp, even if they move within the frame.<br><br>This is useful for recording videos of people, pets, or any other moving subject. Here's how to enable and use Focus lock on your OnePlus 13:<br><br>1. Launch the **Camera** app.<br><br>2. Tap the **three vertical lines** in the top right corner of the viewfinder.<br><br>3. Scroll down and tap on the **Focus Lock** option to enable it.<br><br>https://techwiser.com/oneplus-13-you-must-enable-these-camera-settings-right-now/ |
|---|---|



| | |
|---|---|
| |  https://techwiser.com/oneplus-13-you-must-enable-these-camera-settings-right-now/ |

EXHIBIT C



| | <br>video data comprising a plurality of frames<br>MASTER<br>VIDEO<br>PHOTO<br>1:04 / 2:53<br>https://www.youtube.com/watch?v=ouJuQGXqJlo |
|---|---|

EXHIBIT C



| | |
|---|---|
| | here I'll just tap on it and you should see this Square<br>1:09 / 2:53<br>https://www.youtube.com/watch?v=ouJuQGXqJlo |

EXHIBIT C



| | |
|---|---|
| | a key item<br>a monitoring region<br>0.6<br>1×<br>2<br>NIGHT<br>VIDEO<br>PHOTO<br>PORT<br>*Source: Usage of the accused product.* |

EXHIBIT C

| | |
|---|---|
| | Today, let's talk about a hidden gem in the OnePlus 13 camera system- Animal Eye Detection and Subject Tracking. While we often hear about improvements in low-light photography and portrait mode, this advanced AI-based auto-focus feature hasn't received much attention yet.<br><br>For those unfamiliar, Animal Eye Detection allows the camera to recognize and lock onto an animal's eyes, ensuring sharp focus even when they move unpredictably. Subject Tracking helps the camera smoothly follow the subject, making it perfect for pet and wildlife photography.<br>While brands like Sony and Canon have long integrated this technology into their professional cameras, it's exciting to see such advanced AI-based auto-focus trickling into smartphone photography.<br><br>With this feature, the OnePlus 13 can precisely lock onto an animal's eyes, ensuring sharp focus even if they move unpredictably. Whether you are capturing a playful pet indoors or photographing wildlife from a distance, the camera intelligently recognizes and tracks the subject's eye, reducing focus hunting and improving shot consistency.<br><br>https://community.oneplus.com/thread/1819239880576729091 |

EXHIBIT C

## What is Image Recognition?

Last Updated : 19 Aug, 2025

Image recognition is an important application of machine learning which help systems to understand and interpret visual information from images or videos. Just as we easily distinguish between a cat and a dog, image recognition helps computers "see" and identify objects, people, places or actions within an image. This ability is achieved through the use of machine learning and deep learning techniques with Convolutional Neural Networks (CNNs) being one of the most popular methods for recognizing patterns in images.

https://www.geeksforgeeks.org/computer-vision/what-is-image-recognition/

## Understanding an Image

1. An image is made up of pixels, the smallest units of color that, when arranged form the complete picture.
2. Images are stored as a 2-D array of pixels, with their arrangement containing all visual information.
3. Understanding pixel patterns is important for image recognition, helping machines identify objects and interpret content similar to human vision.
4. Each pixel carries specific color and intensity information and the arrangement of these pixels help machines to analyze and understand the visual structure of objects within the image.

https://www.geeksforgeeks.org/computer-vision/what-is-image-recognition/

| | |
|---|---|
| | **How Does Image Recognition Work?**<br>Image recognition help computers to identify and classify objects in images by analyzing pixel patterns. Let's see a simple process below:<br>1. **Image Input:** The system first receives the image which consists of pixels each carrying color information.<br>2. **Pattern Detection:** The system looks for patterns in these pixels. These patterns help the system understand the structure of objects, people or scenes.<br>3. **Machine Learning:** Image recognition relies on machine learning where the system is trained to recognize these patterns. Initially, the system learns from labeled data, images that have already been tagged with the correct object or category.<br>4. **Convolutional Neural Networks (CNNs):** One of the most effective techniques in image recognition is the use of Convolutional Neural Networks (CNNs). These networks are designed to detect hierarchical patterns in images by identifying features like edges, shapes and textures.<br>5. **Feature Extraction:** CNNs automatically extract essential features from images such as lines, corners and textures which help in identifying and classifying objects.<br>https://www.geeksforgeeks.org/computer-vision/what-is-image-recognition/ |

| | |
|---|---|
| | **Role of AI in Image Recognition**<br>• **Training Machines with Data:** AI teaches machines to analyze and understand visual data by training them on large datasets of labeled images.<br>• **Learning Patterns:** Machine learning help AI systems to recognize patterns in images and make predictions on new data.<br>• **Computer Vision:** A key technique in image recognition, it uses AI and machine learning algorithms to interpret and process visual data, mimicking human vision. It help machines to "see" and understand images.<br>• **Real-World Applications:** AI and computer vision work together to perform tasks like object detection, face recognition and scene interpretation. These technologies are<br>https://www.geeksforgeeks.org/computer-vision/what-is-image-recognition/<br><br>**Pixels**<br>Pixels are the basic building blocks of a digital image. A pixel is what we call the color or light values that occupy a specific place in an image. Think of an image as a big grid, with each square in the grid containing one color or pixel. This grid is sometimes called a bitmap. An image with a resolution of 1024×768 is a grid with 1,024 columns and 768 rows, which therefore contains 1,024 × 768 = 786,432 pixels. Knowing how many pixels are in an image does not indicate the physical dimensions of the image. That is to say, one pixel does not equate to one millimeter, one micrometer, or one nanometer. Instead, how "large" a pixel is will depend on the pixels per inch (PPI) setting for that image.<br>https://www.oreilly.com/library/view/practical-computer-vision/9781449337865/ch04.html |
| performing, by the computer system, an action based on the analyzing. | The accused product practices performing, by the computer system (e.g., the accused product), an action (e.g., tracking and autofocusing the moved subject) based on the analyzing (e.g., analyzing subject pixel values, pattern, etc.) |

| | |
|---|---|
| | The accused product comprises a focus lock feature that automatically tracks and focuses on a moving object in a live video. It allows a user to select a region of interest (e.g., a monitoring region) that includes a subject such as person, pet, object, any item, etc. When the user taps on the subject, the region of interest is selected, and the subject is automatically placed in focus. The region of interest comprises a subset of pixels of the plurality of pixels of the frame. It includes the subject such as person, pet, object, any item, etc., identified by a particular pixel pattern (e.g., pixel pattern or pixel values of subject), pixel color and pixel values which are extracted by the accused product for tracking the moving subject. When the accused product identifies that the particular pixel pattern of the subject is moving away from the region of interest, it updates the region of interest accordingly so that it could track and auto-focus the moved subject.<br><br>**3. Lock Focus for Steady Video Recording**<br><br>Maintaining consistent focus during video recording can be challenging, especially with moving subjects. The **Focus Lock** feature addresses this by allowing you to lock focus on a specific subject. To use focus lock, do the following:<br><br>**Step 1:** In the **Camera** app, switch to video mode.<br>**Step 2:** Tap and hold on to your subject until a **Locked** indicator appears.<br><br>This ensures that the camera focuses on your chosen subject throughout the recording.<br><br>https://www.fiberborne.com/blogs/how-to-android/7-coolest-oneplus-13-camera-hacks-you-should-know |

| | 3. Focus Lock<br><br>When recording videos, maintaining a consistent focus on your subject can be challenging, especially if they're moving. The Focus lock feature on the OnePlus 13 helps solve this problem by allowing you to lock the focus on a specific subject. Once locked, the camera will automatically adjust the focus to keep the subject sharp, even if they move within the frame.<br><br>This is useful for recording videos of people, pets, or any other moving subject. Here's how to enable and use Focus lock on your OnePlus 13:<br><br>1. Launch the **Camera** app.<br><br>2. Tap the **three vertical lines** in the top right corner of the viewfinder.<br><br>3. Scroll down and tap on the **Focus Lock** option to enable it.<br><br>https://techwiser.com/oneplus-13-you-must-enable-these-camera-settings-right-now/ |
|---|---|



| | |
|---|---|
| | Settings<br>Tap to capture, Show palm<br>Lens focal length<br>QR code scanning<br>Portrait distortion correction<br>Remove edge distortion when taking portraits of people.<br>Video<br>Focus lock<br>Tap to lock focus on a subject when recording videos. Focus will be automatically adjusted as the subject moves.<br>Handy features<br>Volume button action<br>Volume<br>Quick launch<br>Double-press either volume button to launch the camera when the screen is off. (Not available during audio playback)<br>Smart suggestions<br>Get optimisation suggestions in Photo and Video modes.<br>https://techwiser.com/oneplus-13-you-must-enable-these-camera-settings-right-now/ |

EXHIBIT C



| | |
|---|---|
| | video data comprising a plurality of frames<br>MASTER<br>VIDEO<br>PHOTO<br>1:04 / 2:53<br>https://www.youtube.com/watch?v=ouJuQGXqJlo |

EXHIBIT C



| | here I'll just tap on it and you should see this Square
1:09 / 2:53<br>https://www.youtube.com/watch?v=ouJuQGXqJlo |
|---|---|



| | <br>*Source: Usage of the accused product.*<br><br>As shown below, when the accused product identifies that the subject (e.g., water bottle) has changed its position/moving away from the region of interest, it updates the region of interest accordingly so that it can automatically track and focus (e.g., an action) the moved subject (e.g., water bottle). |
|---|---|



| | |
|---|---|
| | <br>1080P<br>30<br>an action based on the analyzing<br>0.6<br>1x<br>2<br>NIGHT<br>VIDEO<br>PHOTO<br>*Source: Usage of the accused product.* |

EXHIBIT C

| | |
|---|---|
| | Today, let's talk about a hidden gem in the OnePlus 13 camera system- Animal Eye Detection and Subject Tracking. While we often hear about improvements in low-light photography and portrait mode, this advanced AI-based auto-focus feature hasn't received much attention yet.<br><br>For those unfamiliar, Animal Eye Detection allows the camera to recognize and lock onto an animal's eyes, ensuring sharp focus even when they move unpredictably. Subject Tracking helps the camera smoothly follow the subject, making it perfect for pet and wildlife photography.<br>While brands like Sony and Canon have long integrated this technology into their professional cameras, it's exciting to see such advanced AI-based auto-focus trickling into smartphone photography.<br><br>With this feature, the OnePlus 13 can precisely lock onto an animal's eyes, ensuring sharp focus even if they move unpredictably. Whether you are capturing a playful pet indoors or photographing wildlife from a distance, the camera intelligently recognizes and tracks the subject's eye, reducing focus hunting and improving shot consistency.<br><br>https://community.oneplus.com/thread/1819239880576729091 |

| | |
|---|---|
| | **What is Image Recognition?**<br>Last Updated : 19 Aug, 2025 <br>Image recognition is an important application of machine learning which help systems to understand and interpret visual information from images or videos. Just as we easily distinguish between a cat and a dog, image recognition helps computers "see" and identify objects, people, places or actions within an image. This ability is achieved through the use of machine learning and deep learning techniques with Convolutional Neural Networks (CNNs) being one of the most popular methods for recognizing patterns in images.<br><br>https://www.geeksforgeeks.org/computer-vision/what-is-image-recognition/<br><br>**Understanding an Image**<br>1. An image is made up of pixels, the smallest units of color that, when arranged form the complete picture.<br>2. Images are stored as a 2-D array of pixels, with their arrangement containing all visual information.<br>3. Understanding pixel patterns is important for image recognition, helping machines identify objects and interpret content similar to human vision.<br>4. Each pixel carries specific color and intensity information and the arrangement of these pixels help machines to analyze and understand the visual structure of objects within the image.<br><br>https://www.geeksforgeeks.org/computer-vision/what-is-image-recognition/ |

EXHIBIT C

| | |
|---|---|
| | **How Does Image Recognition Work?**<br>Image recognition help computers to identify and classify objects in images by analyzing pixel patterns. Let's see a simple process below:<br>1. **Image Input:** The system first receives the image which consists of pixels each carrying color information.<br>2. **Pattern Detection:** The system looks for patterns in these pixels. These patterns help the system understand the structure of objects, people or scenes.<br>3. **Machine Learning:** Image recognition relies on machine learning where the system is trained to recognize these patterns. Initially, the system learns from labeled data, images that have already been tagged with the correct object or category.<br>4. **Convolutional Neural Networks (CNNs):** One of the most effective techniques in image recognition is the use of Convolutional Neural Networks (CNNs). These networks are designed to detect hierarchical patterns in images by identifying features like edges, shapes and textures.<br>5. **Feature Extraction:** CNNs automatically extract essential features from images such as lines, corners and textures which help in identifying and classifying objects.<br>https://www.geeksforgeeks.org/computer-vision/what-is-image-recognition/ |

EXHIBIT C

## Role of AI in Image Recognition

- **Training Machines with Data:** AI teaches machines to analyze and understand visual data by training them on large datasets of labeled images.
- **Learning Patterns:** Machine learning help AI systems to recognize patterns in images and make predictions on new data.
- **Computer Vision:** A key technique in image recognition, it uses AI and machine learning algorithms to interpret and process visual data, mimicking human vision. It help machines to "see" and understand images.
- **Real-World Applications:** AI and computer vision work together to perform tasks like object detection, face recognition and scene interpretation. These technologies are

https://www.geeksforgeeks.org/computer-vision/what-is-image-recognition/

### Pixels

Pixels are the basic building blocks of a digital image. A pixel is what we call the color or light values that occupy a specific place in an image. Think of an image as a big grid, with each square in the grid containing one color or pixel. This grid is sometimes called a bitmap. An image with a resolution of 1024×768 is a grid with 1,024 columns and 768 rows, which therefore contains 1,024 × 768 = 786,432 pixels. Knowing how many pixels are in an image does not indicate the physical dimensions of the image. That is to say, one pixel does not equate to one millimeter, one micrometer, or one nanometer. Instead, how "large" a pixel is will depend on the pixels per inch (PPI) setting for that image.

https://www.oreilly.com/library/view/practical-computer-vision/9781449337865/ch04.html