Charted Claim: 25

| US9693333B2 | OnePlus 15R ("The accused product") |
|---|---|
| 25. A method of determining the location of a target mobile device in a communications network comprising the steps of: | The accused product is pre-installed with Google Find Hub/Find my Device. Google Find Hub/Find my Device practices a method of determining the location of a target mobile device (e.g., the accused product, etc.) in a communications network (e.g., Find Hub Network).<br><br>As shown, the accused product is an android device. It is pre-installed with Find Hub/Find my Device that allows a user to locate the accused product (e.g., target mobile device) using Find Hub network. The accused product uses Find Hub network formed by multiple android devices such as smartphones, etc.<br><br><br><br>https://www.oneplus.com/us/15r |

EXHIBIT D



https://www.oneplus.com/us/15r

Performance

Operating System: OxygenOS 16.0 based on Android™ 16
Platform: Snapdragon® 8 Gen 5 Mobile Platform
CPU: Qualcomm® Oryon™ CPU @3.8GHz
GPU: Qualcomm® Adreno™ GPU 8-series@1225MHz
RAM: 12GB LPDDR5X Ultra
Storage: 256GB/512GB/ UFS 4.1
Battery: 7400mAh/27.98Wh (Typical Capacity)
Vibration: X-axis linear motor
Available configurations: 12GB+256GB / 12GB+512GB

https://www.oneplus.com/global/15r/specs

EXHIBIT D

# How to enable find my device

In case, if the device is lost or stolen, find my device would be the best alternative and below are the steps which could help us in this regard:

1. Go to setting
2. Click on google
3. Click on security inside the google option
4. Turn on the Find my Device feature

Note:To use this feature internet and location should be on.

https://service.oneplus.com/us/search/search-detail

## Device Finder

The new finder device is probably the most powerful security feature. The Device Finder allows us to track, store/use encrypted location data and send it to you. It can do it even if your smartphone is offline 💤 .

https://community.oneplus.com/thread/1826695657298067464

EXHIBIT D

**Find my Device App and Web**

Tapping on it, Google lists all the devices logged in with the same Google Account.

Selecting one, you can see the last location on the ma and easily find it.

On the screen, you have 3 main options:

- **Play sound**: the lost device will reproduce an audio alert);
- **Secure device**: you can secure it with a PIN, pattern or password-lost device and it will log from your Google account);
- **Mark as lost**: it will be locked with its PIN, pattern or password, the device will log in from Google, but the most important feature is that you'll receive a notification if the device is located.

https://community.oneplus.com/thread/1826695657298067464

We've all felt that moment of panic — you reach for your phone or earbuds and realize they're not where you thought they'd be. With Find Hub, help is just a tap away. It's the easiest and quickest way to find your misplaced Android devices and other important items. Find Hub also lets you securely share real-time location with family and friends. Previously known as Find My Device, Find Hub is designed to keep you connected to the things and people that matter most.

https://www.android.com/articles/what-is-find-hub-and-how-to-use-it/

Google Find Hub



# Find Hub

Find, lock, erase or play a sound on any lost Android device. Locate your lost Android device and lock it until you get it back



Sign in



EXHIBIT D

https://www.google.com/android/find/about

# Find, secure, or erase a lost Android device

If you lose an Android device or Wear OS watch, you can find, secure, or erase it remotely. You can also help a friend find, secure, or erase their lost device with the Find Hub app.

If you've added a Google Account to your device, Find Hub is automatically turned on. By default, your Android device stores encrypted recent locations with Google and participates in the Find Hub network, a crowdsourced network of Android devices that uses end-to-end encrypted location information to help Android users find their lost devices. To get help from the network with finding your items on your Android device, set a PIN, pattern or password. Your device's most recent location is available to the first account activated on the device.

https://support.google.com/accounts/answer/6160491?hl=en



## Add a Google Account

To proactively protect your device, make sure to add your Google Account to your Android device ☑. Even if a thief factory resets your device, they won't be able to access anything without signing into the Google Account on the device.

In addition, if you add a Google Account to your device, Find My Device is automatically turned on.

https://guidebooks.google.com/online-security/learn-about-security-threats/protect-your-device-from-attacks?hl=en

EXHIBIT D

## What is Find Hub and how does it work?

At its core, Find Hub uses an opt-in network made up of millions of Android-powered devices around the world. These devices work together securely and anonymously to help you locate your lost items, even when they're offline. It's a built-in feature of the Android operating system, designed to give you extra peace of mind.

https://www.android.com/articles/what-is-find-hub-and-how-to-use-it/

You can use Find Hub to locate Android phones and tablets, compatible earbuds, and tracker tags that can be attached to things like your backpack, keys, bike, and more.

Find Hub uses secure Bluetooth signals to detect nearby devices or tagged items. When another Android device in the network passes by your lost item, it securely sends the location to Find Hub. All of this location data is end-to-end encrypted, which means only you can see it, and your privacy is always protected.

https://www.android.com/articles/what-is-find-hub-and-how-to-use-it/

## Locate your devices and accessories.

One of Find Hub's most helpful features is the ability to see your device or accessory on a map in just a few taps. You can locate all kinds of items, including:

- Your Android phone or tablet, even if it's on silent or offline;
- Compatible earbuds, allowing you to find a single missing earbud or the case;
- Tracker tags that you can attach to your keys, purse, wallet, or luggage;
- Other compatible items from partner brands that have a "Works with Android" badge.

https://www.android.com/articles/what-is-find-hub-and-how-to-use-it/

EXHIBIT D

## Use other Android phones to locate your device with the Find Hub Network.

Nearby Android devices that participate in the network use Bluetooth to help pinpoint where your lost item was last detected. Your Android device can do the same to help other people find their lost items. You can choose whether to participate everywhere, or only in busy places like airports or city streets.

https://www.android.com/articles/what-is-find-hub-and-how-to-use-it/

## Your privacy and security come first.

Find Hub was designed to securely handle your data. It uses end-to-end encrypted location information with the same technology used by Google Password Manager. This means the location of your devices and accessories is only visible to you and the people you choose.

### How your data is kept private.

Find Hub and the Find Hub Network are built to give you control and peace of mind. The location of your connected devices is always kept private from Google.

https://www.android.com/articles/what-is-find-hub-and-how-to-use-it/

EXHIBIT D

**How your data is kept private.**

Here are more ways we keep your data private:

- End-to-end encryption: When your device location is shared through Find Hub, it's encrypted from start to finish. No one other than you can see your device location, not even Google.
- Unknown tracker alerts: Find Hub will automatically notify you if an unknown Bluetooth tracker is detected in your luggage.
- Find Hub uses anonymized, aggregated information from several nearby Android devices to help pinpoint a lost item — without revealing any identifying details about the people or devices that assist in the process.

https://www.android.com/articles/what-is-find-hub-and-how-to-use-it/

As shown below, Find Hub feature is pre-installed in OnePlus device.

EXHIBIT D



https://youtu.be/fMNHHHnELEM

EXHIBIT D



https://youtu.be/fMNHHHnELEM



**OnePlus 15R: How to Turn ON/OFF Find My Device (Find Hub)**

https://youtu.be/fMNHHHnELEM



https://community.oneplus.com/thread/1826695657298067464

Keeping people safe and their data secure and private is a top priority for Android. That is why we took our time when designing the new Find Hub, which uses a crowdsourced device-locating network to help you find your lost or misplaced devices and belongings quickly – even when they're offline. We gave careful consideration to the potential user security and privacy challenges that come with device finding services.

**a target mobile device**

https://security.googleblog.com/2024/04/find-my-device-network-security-privacy-protections.html

EXHIBIT D

## Finding your offline devices

Your lost device may not always be online. To help you find your offline devices, Find My Device can also collect, store and use encrypted location information sent by your Android device and others participating in the Find My Device network.

Leveraging the power of a crowdsourced network of Android devices, the Find My Device network can help you find a wide range of items, including Android phones and tablets that are offline, Fast Pair accessories like compatible earbuds, and tracker tags that you can attach to physical assets like your wallet, keys or bike.

https://web.archive.org/web/20250430034038/https://support.google.com/android/answer/14796936%3Fhl%3Den-GB

## How does crowdsourcing work?

Android devices participating in the Find My Device network use Bluetooth to scan for nearby items. If they detect your items, they securely send the location where they detected the items to Find My Device. Your Android device does the same to help others find their lost items when it detects them nearby.

https://web.archive.org/web/20250430034038/https://support.google.com/android/answer/14796936%3Fhl%3Den-GB

EXHIBIT D

Step 4: Find offline devices and devices without power  ∧

1. On your device, open **Settings**.
2. Tap **Security** › **Find Hub** › **Find your offline devices**.
3. To help you find offline items with Find Hub, if you don't have one, set a PIN, pattern, or password on your Android device. Learn how to set screen lock on your device.

**Find offline devices settings**

By default, your Android device stores encrypted recent locations with Google and participates in the Find Hub network, a crowdsourced network of Android devices that uses end-to-end encrypted location information to help Android users find their lost devices.

- **Off:** Your device's encrypted recent locations won't be stored and your Android device won't participate in the network. What happens when you turn off offline finding.
- **Without network:** Your device won't participate in the network. You can still locate your offline devices with their encrypted recent locations that were stored when they were online. Offline finding without the network.
- **With network in busy places only:** Locate your offline devices with their encrypted recent locations. If you have a PIN, pattern, or password set on your Android Device, the network will help you locate your device in areas like airports or busy footpaths. Offline finding in busy places.
- **With network everywhere:** Locate your offline devices with their stored and encrypted recent locations. If you have a PIN, pattern, or password set on your Android device, the network will help you locate your device in busy and remote areas. Offline finding everywhere.

https://support.google.com/accounts/answer/3265955

EXHIBIT D

**'With network in busy places only'**

With this setting, your Android device helps others find their items in busy areas. If you have a PIN, pattern or password set on your Android device, you'll also get help with finding your items in busy areas.

When the owner of a lost item requests its location, the Find Hub network will aggregate the location sent by your device with locations sent from other Android devices that also detected the lost item.

**What is aggregation?**

With aggregation, the Find Hub network waits until multiple Android devices have detected a lost item. Then, Find Hub shows the owner of the lost item an aggregated location calculated from the multiple location reports.

This helps people, including you, find items in busy areas where items are most often lost, like airports or busy footpaths, while helping protect the privacy of everyone whose Android devices share location info to the network.

**Important:** To get help from the network when you find your items, on your Android device, you must set a PIN, pattern, or password. Until then, the network uses your Android device to help others find their items. Your Android device also stores encrypted recent locations for itself and connected accessories with Google.

You can read more about this function under Without network. Find Hub uses the best location available, whether from your own device or crowdsourced from the broader network (if you have a lock screen set), to help you find your item.

https://support.google.com/product-documentation/answer/14796936

| (a) selecting a set of mobile devices to be used in locating the target mobile device, the selecting including: | The accused product is pre-installed with Find Hub which practices a method of selecting a set of mobile devices (e.g., finder devices, etc.) to be used in locating the target mobile device (e.g., the accused product), the selecting including: identifying mobile devices (e.g., finder devices, etc.) in proximity (e.g., within Bluetooth range, etc.) to the target mobile device (e.g., the accused product) |

EXHIBIT D

| | |
|---|---|
| identifying mobile devices in proximity to the target mobile device according to a selected function;<br><br>wherein the selected function is based on a common parameter of information;<br><br>wherein the common parameter of information is observed by mobile devices in the set of mobile devices, and<br><br>wherein each mobile device in the set of mobile devices is configured to originate and/or terminate communications with the communication network; and<br><br>**Col 6: lines 53-60**<br><br>*In a network-based definition for the previous example, mobile devices may report observed Bluetooth MAC addresses in their proximity back to the network.* **The network may then determine what constitutes a group based upon which mobile devices are in view of other mobile devices. The network** | according to a selected function (e.g., location queries using BLE data); wherein the selected function is based on a common parameter of information (e.g., BLE broadcast data including an identifier of the accused product); wherein the common parameter of information  (e.g., BLE broadcast data including an identifier of the accused product) is observed by mobile devices (e.g., finder devices) in the set of mobile devices, and wherein each mobile device (e.g., finder device) in the set of mobile devices is configured to originate and/or terminate communications with the communication network (e.g., Find Hub network).<br><br>As shown, the accused product is an android device. It is pre-installed with Find Hub that allows a user to determine the location of the accused product (e.g., target mobile device). The accused product uses a Find Hub network formed by multiple android devices such as smartphones, etc. (e.g., mobile devices). Each mobile device in the set of mobile devices are endpoint devices, indicating they are configured to originate and/or terminate communication. Each mobile device can also be configured to turn on or off participating Find Hub.<br><br>The accused product (e.g., target mobile device) broadcasts a BLE signal with BLE broadcast data including an identifier (e.g., common parameter), etc., which is observed/detected by a nearby finder device (e.g., a mobile device). The finder device transmits its location and time of the observation/detection to the Find Hub. When the user of the accused product queries about the location of the accused product, the Find Hub identifies the finder devices which have observed or detected the accused product based on its identifier. The Find Hub determines the accused product's location based on aggregated location reports from the multiple finder devices. |

EXHIBIT D

| | |
|---|---|
| *may then request members of the group to report their positional measurements* and may determine a location for the group and/or may refine this location individually for each member or certain subgroups.<br><br>**Col 8: lines 46-57:**<br>*exemplary common parameters may include* a Wi-Fi access point, Bluetooth radio channel information, Wi-Fi signal information, RF signal parameters of signal transmissions from the mobile device, channel number information, channel frequency information, timeslot information, network timing information, range information, spreading code information, received signal strength indications, signal to noise ratios, Eb/Io, Ec/Io, dialed number information, *an identification of the mobile device,* IMSI, TMSI, MIN, ESN, IMEI, a class mark indicator, overhead | a set of mobile devices<br><br>## Use other Android phones to locate your device with the Find Hub Network.<br><br>Nearby Android devices that participate in the network use Bluetooth to help pinpoint where your lost item was last detected. Your Android device can do the same to help other people find their lost items. You can choose whether to participate everywhere, or only in busy places like airports or city streets.<br><br>https://www.android.com/articles/what-is-find-hub-and-how-to-use-it/<br><br>**'Off'**<br><br>If you'd prefer not to participate in the Find Hub network or have the ability to find your own items when they're offline by storing encrypted recent locations with Google, you can choose to turn off these offline finding features completely.<br><br>Even if you turn off offline finding, you can still use Find Hub to locate, secure, and erase your device or any connected Fast Pair accessories when they're online. If you don't want to use Find Hub at all, you can go to **Settings > Google > All services** (if tabs exist) **> Personal & device safety > Find Hub >** Check that "Allow device to be located" is set to off to turn it off.<br><br>https://support.google.com/product-documentation/answer/14796936#FMD_off |

EXHIBIT D

*transmission indicator, MAC address.*

**Col 5: lines 3-12:**
*In another embodiment, an external observer or entity, e.g., the wireless communications network or component thereof, may determine that some number of mobile devices in the network defines or constitutes a group.* In this embodiment, the members of the group may be unaware that they are indeed a member of the group and may not even directly communicate with each other; *thus, the network may define the group and combine and/or share positional measurements from mobile devices in the group* and/or measurements from the target mobile device.

## Find your offline devices

Sometimes your lost device may not always be online. To help you find your offline devices, Find Hub can also collect, store, and use encrypted location information. This info is sent by your Android device and others that participate in the Find Hub network.

Leveraging the power of a crowdsourced network of Android devices, the Find Hub network can help you find a wide range of items, including Android phones and tablets that are offline, Fast Pair accessories, like compatible earbuds, and tracker tags that you can attach to physical assets, like your wallet, keys, or bike.

The network has been developed with advanced safeguards, including end-to-end encryption, to help protect the privacy of everyone that participates in the network.

## How does crowdsourcing work?

Android devices that participate in the Find Hub network use Bluetooth to scan for nearby items. If they detect your items, they securely send the location where they detected the items to Find Hub. Your Android device does the same to help others find their lost items when it detects them nearby.

https://support.google.com/product-documentation/answer/14796936

EXHIBIT D

### Data processed by the network

In addition to end-to-end encrypted locations, the Find Hub network processes data such as temporary device identifiers, timestamps when your device detects an item and when you request the location of your lost items, and info about the Fast Pair accessories that you have paired to your device or share with others. The Find Hub network uses this data for reasons, like implementing features, delivering location info to the right person when an item is lost, and providing privacy and anti-abuse protections, such as the aggregation feature described below. Importantly, Google can't identify you when your Android device shares the location of a detected item.

Individuals that use the Find Hub network to find their lost items don't receive any information from the network other than the location where their item was detected and approximately when their item was last seen.

https://support.google.com/product-documentation/answer/14796936

EXHIBIT D

<table>
<tr><td></td><td>

**'With network in busy places only'**

With this setting, your Android device helps others find their items in busy areas. If you have a PIN, pattern or password set on your Android device, you'll also get help with finding your items in busy areas.

When the owner of a lost item requests its location, the Find Hub network will aggregate the location sent by your device with locations sent from other Android devices that also detected the lost item.

**What is aggregation?**

With aggregation, the Find Hub network waits until multiple Android devices have detected a lost item. Then, Find Hub shows the owner of the lost item an aggregated location calculated from the multiple location reports.

This helps people, including you, find items in busy areas where items are most often lost, like airports or busy footpaths, while helping protect the privacy of everyone whose Android devices share location info to the network.

**Important:** To get help from the network when you find your items, on your Android device, you must set a PIN, pattern, or password. Until then, the network uses your Android device to help others find their items. Your Android device also stores encrypted recent locations for itself and connected accessories with Google.

You can read more about this function under Without network. Find Hub uses the best location available, whether from your own device or crowdsourced from the broader network (if you have a lock screen set), to help you find your item.

https://support.google.com/product-documentation/answer/14796936

</td></tr>
<tr><td>(b) determining a location of the target mobile device as a function of measurement data</td><td>The accused product is pre-installed with the Find Hub, which practices a method of determining a location of the target mobile device (e.g., the accused product) as a function (e.g., aggregation) of measurement data (e.g., location reports indicating locations of the finder devices when the accused</td></tr>
</table>

EXHIBIT D

| | |
|---|---|
| from the determined set of mobile devices.<br><br>**Col 5: lines 32-38**<br>*Thus, even when faced with not being able to perform a location determination for the target mobile device alone, having even one measurement from a distant member in a proximate group may allow the target mobile device to determine at least an estimated location where previously there was none.*<br><br>**Col 6: lines 53-60**<br>*In a network-based definition for the previous example, mobile devices may report observed Bluetooth MAC addresses in their proximity back to the network. The network may then determine what constitutes a group based upon which mobile devices are in view of other mobile devices.* **The network may then request members of the group to report their** | product is detected and time of the detection) from the determined set of mobile devices (e.g., finder devices that detected the accused product).<br><br>**'With network in busy places only'**<br><br>With this setting, your Android device helps others find their items in busy areas. If you have a PIN, pattern or password set on your Android device, you'll also get help with finding your items in busy areas.<br><br>When the owner of a lost item requests its location, the Find Hub network will aggregate the location sent by your device with locations sent from other Android devices that also detected the lost item.<br><br>**measurement data**<br><br>**What is aggregation?**<br><br>With aggregation, the Find Hub network waits until multiple Android devices have detected a lost item. Then, Find Hub shows the owner of the lost item an aggregated location calculated from the multiple location reports.<br><br>This helps people, including you, find items in busy areas where items are most often lost, like airports or busy footpaths, while helping protect the privacy of everyone whose Android devices share location info to the network.<br><br>**Important:** To get help from the network when you find your items, on your Android device, you must set a PIN, pattern, or password. Until then, the network uses your Android device to help others find their items. Your Android device also stores encrypted recent locations for itself and connected accessories with Google.<br><br>You can read more about this function under Without network. Find Hub uses the best location available, whether from your own device or crowdsourced from the broader network (if you have a lock screen set), to help you find your item.<br><br>https://support.google.com/product-documentation/answer/14796936 |

EXHIBIT D

| | |
|---|---|
| *positional measurements and may determine a location* for the group and/or may refine this location individually for each member or certain subgroups.<br><br>**Col 8: lines 60-65:**<br>***Exemplary measurement data may be, but is not limited to***, *AOA data, OTDOA data, E-OTD data,* **E-CID data, GNSS data, A-GNSS data, uplink TOA data, downlink TOA data, U-TDOA data, Wi-Fi data,** *MREL data, RF fingerprinting data,* **and combinations thereof.**<br><br>**Col 10: lines 16-22:**<br>***The determined location of the target mobile device may be a location of one mobile device in the set, a centroid of locations of mobile devices in the set, a straight average of locations of mobile devices in the set, a weighted average of locations of mobile devices*** | **Data processed by the network**  measurement data<br><br>In addition to end-to-end encrypted locations, the Find Hub network processes data such as temporary device identifiers, timestamps when your device detects an item and when you request the location of your lost items, and info about the Fast Pair accessories that you have paired to your device or share with others. The Find Hub network uses this data for reasons, like implementing features, delivering location info to the right person when an item is lost, and providing privacy and anti-abuse protections, such as the aggregation feature described below. Importantly, Google can't identify you when your Android device shares the location of a detected item.<br><br>Individuals that use the Find Hub network to find their lost items don't receive any information from the network other than the location where their item was detected and approximately when their item was last seen.<br><br>https://support.google.com/product-documentation/answer/14796936 |

EXHIBIT D

| | |
|---|---|
| *in the set, and a weighted average and a straight average of mobile devices in the set* | |

EXHIBIT D